UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID CASEY,<br><br>    Petitioner,<br><br>    v.<br><br>BUREAU OF PRISONS,<br><br>    Respondent. | NO. CV 22-7499-PA (AGR)<br><br>JUDGMENT |

    Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

    IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied as moot and dismissed.

DATED: July 21, 2023

                                      PERCY ANDERSON
                                  United States District Judge